**Dismissed and Memorandum Opinion filed April 23, 2020**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00141-CR

## EUGENE SHANNON ABNER, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 610227**

## MEMORANDUM OPINION

On October 22, 1992, appellant was convicted of the offense of aggravated sexual assault. Appellant's notice of appeal was not filed until January 28, 2020.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed unless the defendant filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not

timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Bourliot, Hassan, and Poissant.
Do Not Publish — Tex. R. App. P. 47.2(b).